IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:09-00011 |
| | ) JUDGE HAYNES |
| PATRICK J. WASHINGTON, | ) ) |
| Defendant. | ) |

**ORDER**

A revocation hearing is set in this action for **Monday, September 24, 2012 at 10:30 a.m.**

It is so **ORDERED**.

ENTERED this the 12th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge