UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:09-00011-1 |
| | ) | CHIEF JUDGE HAYNES |
| PATRICK J. WASHINGTON | ) | |

## AGREED MOTION TO WITHDRAW ORDER

The parties respectfully request that the Court withdraw the order entered on June 26, 2013, that requires Defendant Patrick Washington to serve the next five months of his supervision in home confinement (D.E. 129, Order.)

After the cancellation of the revocation hearing of April 24, 2013, the parties reached an agreement for the dismissal of the Revocation Petition of May 3, 2013 (D.E. 120) and the Supplemental Petition of June 21, 2013 (D.E. 130). The agreement calls simply for the dismissal of the petitions with no action against Washington. During the parties' delay in resolving this matter, the Order, Docket Entry 129, was entered into the record, evidently based on an agreement that the parties had reached with respect to a previous revocation petition. (*See* D.E. 118, Agreed Motion.). The parties respectfully request that the Court withdraw the Order at Docket Entry 129 and that the Court order the dismissal of the Petition (D.E. 120) and the Supplemental Petition (D.E. 130), as set forth in the Agreed Order that Washington is filing now.

Undersigned counsel has presented this agreed motion to counsel for the Government, Braden Boucek, and he agrees with the motion and concurs in its request.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Patrick J. Washington