IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:09-cr-0011-1 |
| ) | Chief Judge Haynes |
| PATRICK J. WASHINGTON, ) | |

## ORDER

A revocation hearing is set in this action for **Monday September 30, 2013 at 10:00 a.m.**

It is so **ORDERED**.

ENTERED this the 22nd day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court