## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                                          )

v.                                       )        Case No. 3:09-cr-11
                                          )        Chief Judge Haynes

PATRICK J, WASHINGTON       )

## O R D E R

Based on the Defendant's failure to appear for the supervised release revocation hearing held

on September 30, 2013, a bench warrant shall be issued for the Defendant.

It is so **ORDERED**.

**ENTERED** this the ⟨30ᵗʰ day of September, 2013.

 

                                    WILLIAM J. HAYNES, JR.
                                    Chief Judge
                                    United States District Court